UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAWN MICHELE AVERY** | No. |
| **Plaintiff,** | Section: |
| v. | |
| **LOUISIANA LEADERSHIP FUND, LLC** | |
| **Defendant** | |

## NOTICE OF COMPLIANCE

Pursuant to 28 U.S.C. § 1447(b) and Local Rule 3.2, Defendants Louisiana Leadership Fund, LLC, and 360 Touch, LLC and Lutisha Merrill, submit the following information:

1. **List of All Parties Still Remaining in this Action**

    a. Plaintiff: Dawn Michele Avery

    b. Defendants: (1) Louisiana Leadership Fund, LLC; (2) 360 Touch, LLC; and (3) Lutisha Merrill

2. **All Pleadings, Including Answers, Filed by Those Parties in State Court**

A copy of the entire State Court record is attached as Exhibit A to the Notice of Removal.

3. **Return on Service of Process on Those Parties Filed in State Court**

Copies of the return of service of process filed in state court are attached within Exhibit A.

Respectfully submitted,

*/s/ Kristen D. Amond*
Kristen D. Amond (La. Bar No. 37011)
**Kristen Amond LLC**
3640 Magazine Street
New Orleans, LA 70115
Phone: (504) 556-5523
Fax:     (504) 556-5523
kristen@amondlaw.com

*Counsel for 360 Touch, LLC and Lutisha Merrill*

**STERNBERG, NACCARI & WHITE, LLC**

<u>/s/ Scott L. Sternberg</u>
**SCOTT L. STERNBERG**, La. Bar No. 33390
**M. SUZANNE MONTERO**, La. Bar No. 21361
935 Gravier Street, Suite 2020
New Orleans, Louisiana 70112
Tel: 504.324.2141| Fax: 504.534.8961
scott@snw.law | suzy@snw.law

***Counsel for Louisiana Leadership Fund, LLC***